UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Joseph D. Pignato,
    Plaintiff

    v.                                              Case No. 14-cv-103-SM

Tufts Medical Center, Inc.,
and Jane and John Doe,
    Defendants

**O R D E R**

    Re:  (Document No. 9)
         Plaintiff's Motion to Transfer and Change Venue

**Ruling**: Granted.  It appears that jurisdiction is likely wanting in this district, or venue is inconvenient, or both, but the action could have been brought at the time it was filed in the District of Massachusetts, and, it is in the interests of justice that the case be transferred to the District of Massachusetts.  See 28 U.S.C. Section 1631.  Accordingly, the case is hereby transferred to the District of Massachusetts.

    **SO ORDERED.**

                                              _____
                                              Steven J. McAuliffe
                                              United States District Judge

September 8, 2014

cc:  Tierney M. Chadwick, Esq.
     Patrick E. Donovan, Esq.